ALICE K. HERBOLSHEIMER, ESQ.
Nevada Bar No. 6389
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
775.827.6440
FAX: 775.827.9256
Email: Alice.Herbolsheimer@lewisbrisbois.com

Attorneys for National General Assurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL GENERAL ASSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DWAINE ROCKWOOD TURNER, an individual; DOES I-V,<br><br>    Defendants. | CASE NO. 2:19-cv-01713<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTIONS FOR SUMMARY JUDGMENT**<br>**(First Request)** |

Intervenor, Helal Sekder ("Sekder"), filed a Motion for Summary Judgment Regarding Coverage on 1/10/20. Plaintiff, National General Assurance Company ("NGAC") filed an Opposition to Sekder's MSJ on 1/30/20. Additionally, NGAC filed a Counter-Motion for Summary Judgment Regarding Coverage on 1/31/20.

Currently, Sekder's Reply in Support of his Motion for Summary Judgment is due on February 13, 2020. Sekder's Opposition to NGAC's Counter-Motion for Summary Judgment is due on February 21, 2020.

IT IS HEREBY STIPULATED between the parties to the above-entitled action, by and through their undersigned counsel of record, that the time for Sekder to file the above-referenced reply and opposition may be extended for 30 days, to March 13, 2020 and March 23, 2020, respectively.

This is the first request for an extension of time to respond to the above-referenced

4833-0108-0756.1

motions. The parties respectfully submit that good cause exists for the extension because: (1) Sekder recently made a settlement demand to NGAC and its insured, Dwaine Rockwood Turner, which NGAC would like sufficient time to review and consider; and (2) NGAC is in the process of substituting new counsel into the case, Lewis Brisbois Bisgaard & Smith, LLP, in place of its current counsel, Winner & Sherrod. NGAC's new counsel will need time to evaluate the case and advise NGAC regarding Sekder's settlement demand. The settlement demand, if accepted, would resolve and render moot the pending Motions for Summary Judgment. The requested extension is being sought to avoid the time and expense that will be incurred to finish briefing the pending motions while the parties explore settlement potential.

DATED this 12th day of February, 2020.         DATED this 12th day of February, 2020.

*/s/ Jesse M. Sbaih*                            */s/ Alice K. Herbolsheimer*
By:_____                    By:_____
Jesse M. Sbaih, Esq.                            Alice K. Herbolsheimer, Esq.
JESSE SBAIH & ASSOCIATES, LTD.                  LEWIS BRISBOIS BISGAARD &
The District at Green Valley Ranch              SMITH LLP
170 South Green Valley Parkway, Suite 280       5555 Kietzke Lane, Suite 200
Henderson, NV 89012                             Reno, Nevada 89511

*Attorneys for Intervenor, Helal Sekder*        *Attorneys for Plaintiff, NGAC*

    IT IS SO ORDERED.        _____
                                                RICHARD F. BOULWARE, II
                                                UNITED STATES DISTRICT JUDGE

                                                DATED this 12th day of February, 2020.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 12th day of February, 2020, I caused a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTIONS FOR SUMMARY JUDGMENT** to be served via the court's electronic system to the following:

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012

Thomas E. Winner, Esq.
Steven C. Devney, Esq.
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102

By  */s/ Sherie Morrill*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP