ALICE K. HERBOLSHEIMER, ESQ.
Nevada Bar No. 6389
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
775.827.6440
FAX: 775.827.9256
Email: Alice.Herbolsheimer@lewisbrisbois.com

Attorneys for National General Assurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL GENERAL ASSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DWAINE ROCKWOOD TURNER, an individual; DOES I-V,<br><br>    Defendants. | CASE NO. 2:19-cv-01713<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTIONS FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

    Intervenor, Helal Sekder ("Sekder"), filed a Motion for Summary Judgment Regarding Coverage on 1/10/20. Plaintiff, National General Assurance Company ("NGAC") filed an Opposition to Sekder's MSJ on 1/30/20. Additionally, NGAC filed a Counter-Motion for Summary Judgment Regarding Coverage on 1/31/20.

    The parties had previously stipulated and obtained court approval to extend the time for Sekder to file his Reply in Support of his Motion for Summary Judgment and his Opposition to NGAC's Counter-Motion for Summary Judgment, to March 13, 2020 and March 23, 2020, respectively. The purpose of the extension was to enable NGAC to effectuate a substitution of counsel and to allow the parties to further explore settlement potential before incurring additional time and expense to finish briefing the pending motions.

    The parties hereby stipulate to extend the filing deadlines for another 30 days, to April 13, 2020 and April 23, 2020, due to an unanticipated delay in getting the file transferred from

4833-0108-0756.1

NGAC's former counsel to its new counsel. Additionally, the file is nearly 4,500 pages, and counsel will need additional time to review the file in order to fully evaluate Sekder's settlement demand. This is the parties' second request for an extension of time, and it is being made in good faith and not for any improper or dilatory purpose.

DATED this 4th day of March, 2020.　　　　　DATED this 4th day of March, 2020.

　/s/ Jesse M. Sbaih　　　　　　　　　　　　　/s/ Alice K. Herbolsheimer
By:_____　　By:_____
Jesse M. Sbaih, Esq.　　　　　　　　　　　　Alice K. Herbolsheimer, Esq.
JESSE SBAIH & ASSOCIATES, LTD.　　　　LEWIS BRISBOIS BISGAARD &
The District at Green Valley Ranch　　　　　SMITH LLP
170 South Green Valley Parkway, Suite 280　5555 Kietzke Lane, Suite 200
Henderson, NV 89012　　　　　　　　　　　Reno, Nevada 89511

*Attorneys for Intervenor, Helal Sekder*　　　*Attorneys for Plaintiff, NGAC*

　　　　IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of March, 2020.

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 4th day of March, 2020, I caused a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTIONS FOR SUMMARY JUDGMENT (Second Request)** to be served via the court's electronic system to the following:

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012

Thomas E. Winner, Esq.
Steven C. Devney, Esq.
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102

By  */s/ Sherie Morrill*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP