ALICE K. HERBOLSHEIMER, ESQ.
Nevada Bar No. 6389
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
775.827.6440
FAX: 775.827.9256
Email: Alice.Herbolsheimer@lewisbrisbois.com

Attorneys for National General Assurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL GENERAL ASSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>DWAINE ROCKWOOD TURNER, an individual; DOES I-V,<br><br>  Defendants. | CASE NO. 2:19-cv-01713<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTIONS FOR SUMMARY JUDGMENT**<br>**(Third Request)** |

Intervenor, Helal Sekder ("Sekder"), filed a Motion for Summary Judgment Regarding Coverage on 1/10/20. Plaintiff, National General Assurance Company ("NGAC") filed an Opposition to Sekder's MSJ on 1/30/20. Additionally, NGAC filed a Counter-Motion for Summary Judgment Regarding Coverage on 1/31/20.

The parties had previously stipulated and obtained court approval to extend the time for Sekder to file his Reply in Support of his Motion for Summary Judgment and his Opposition to NGAC's Counter-Motion for Summary Judgment, to March 13, 2020 and March 23, 2020, respectively. The purpose of the extension was to enable NGAC to effectuate a substitution of counsel and to allow the parties to further explore settlement potential before incurring additional time and expense to finish briefing the pending motions.

The parties subsequently filed a second stipulation to extend the filing deadlines for another 30 days, to April 13, 2020 and April 23, 2020, due to an unanticipated delay in getting the file

4833-0108-0756.1

transferred from NGAC's former counsel to its new counsel. Additionally, the file was nearly 4,500 pages, and new counsel needed additional time to review the file in order to fully evaluate Sekder's settlement demand.

Since then, counsel for the parties have engaged in good faith settlement negotiations, and a counteroffer has been made by NGAC to Sekder. Sekder's counsel is working to negotiate with various lienholders before deciding whether to accept NGAC's settlement offer. However, due to the current COVID-19 crisis, with many businesses either closed or operating with a skeleton crew, additional time will be necessary to negotiate the medical liens. Accordingly, the parties hereby stipulate to extend the deadlines for another 30 days, to May 13, 2020 and May 23, 2020, respectively, for Sekder to file his Reply in Support of his Motion for Summary Judgment and his Opposition to NGAC's Counter-Motion for Summary Judgment.

This is the parties' third request for an extension of time, and it is being made in good faith and not for any improper or dilatory purpose.

DATED this 9th day of April, 2020.

*/s/ Jesse M. Sbaih*
By:_____
Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012

*Attorneys for Intervenor, Helal Sekder*

DATED this 9th day of April, 2020.

*/s/ Alice K. Herbolsheimer*
By:_____
Alice K. Herbolsheimer, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511

*Attorneys for Plaintiff, NGAC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th of April, 2020.

4833-0108-0756.1                                    2

# CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 9th day of April, 2020, I caused a true and correct copy of **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTIONS FOR SUMMARY JUDGMENT (Third Request)** to be served via the court's electronic system to the following:

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012

Thomas E. Winner, Esq.
Steven C. Devney, Esq.
WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102

By  */s/ Sherie Morrill*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

LEWIS BRISBOIS BISGAARD

4833-0108-0756.1                    3